
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# 07 CIV. 6792

SOUTHWIRE COMPANY, a
Georgia Corporation,

        Plaintiff

v.

CREED ELECTRICAL SUPPLY
& EQUIPMENT CORPORATION, a
New York Corporation

        Defendant.

___cv_____(__) **JUDGE ROBINSON**

**MOTION TO ADMIT COUNSEL
PRO HAC VICE**

PURSUANT TO RULE 1.3( c ) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Susan F. Balaschak, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | Jeffrey M. Galen, Esq. |
| Firm Name: | Galen & Davis, LLP |
| Address: | 16255 Ventura Blvd., Suite 900 |
| City/State/Zip | Encino, CA 91436 |
| Phone Number | (818) 986-5685 |
| Fax Number: | (818) 986-1859 |

Jeffrey M. Galen, Esq. Is a member in good standing of the Bar of the State of California.

There are no pending disciplinary proceeding against Jeffrey M. Galen, Esq. In any State or Federal Court.

Dated: July 9, 2007

City, State: New York, New York

Respectfully Submitted,

*Susan F Balaschak*

| | |
|---|---|
| Sponsor - | Susan F. Balaschak |
| SDNY Bar: | (SB 1901) |
| Firm Name: | Dreier LLP |
| Address: | 499 Park Avenue |
| City/State/Zip | New York, NY 10022 |
| Phone No. | (212) 328-6100 |

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CIV. 6792**

SOUTHWIRE COMPANY, a
Georgia Corporation,

    Plaintiff

___cv_____(__) JUDGE ROBINSON

**AFFIDAVIT OF SUSAN F. BALASCHAK IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

v.

CREED ELECTRICAL SUPPLY
& EQUIPMENT CORPORATION, a
New York Corporation

    Defendant.

I, SUSAN F. BALASCHAK, being sworn, hereby deposes and says as follows:

1. I am of counsel at Dreier, LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Jeffrey M. Galen as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law in _1986_. I am also admitted to the bar of the United States District Court for the Southern district of New York, and am in good standing with this Court.

3. I have known Jeffrey M. Galen since May, 1998.

4. Jeffrey M. Galen is a Partner in Galen & Davis, LLP in Encino, California.

5. I have found Mr. Galen to be a skilled attorney and a person of integrity. He is experienced in Federal Practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Jeffrey M. Galen, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Jeffrey M. Galen, pro hac vice, which is attached hereto as Exhibit "1".

WHEREFORE, it is respectfully requested that the motion to admit Jeffrey M. Galen pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: _July 17, 2007_
City, State: _New York, New York_

Notarized:

*Lori Rudolph*

LORI RUDOLPH
Notary Public, State of New York
No. 01RU4883588
Qualified in Richmond County
Commission Expires Jan. 26, 20_10_

Respectfully Submitted,

*Susan F Balaschak*

Susan F. Balaschak, Movant:
SDNY Bar Code:

# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

July 13, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JEFFREY MICHAEL GALEN, #134705 was admitted to the practice of law in this state by the Supreme Court of California on June 14, 1988; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; that the public record states that information has been provided pursuant to Business and Professions Code section 6086.1(c); and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records