Fee Paid $25.00    E615739

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILED
JUL 27 2007
S. D. OF N.Y.
W.P.

07 CIV. 6792

JUDGE ROBINSON

_____

SOUTHWIRE COMPANY, a
Georgia Corporation,

                Plaintiff

    v.

CREED ELECTRICAL SUPPLY
& EQUIPMENT CORPORATION, a
New York Corporation

           Defendant.

_____

____cv _____(__)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

    Upon the motion of Susan F. Balaschak, attorney for Plaintiff, Southwire Corporation and said

sponsor attorney's affidavit in support;

    **IT IS HEREBY ORDERED** that:

| | |
|---|---|
| Applicant's Name: | Jeffrey M. Galen, Esq. |
| Firm Name: | Galen & Davis, LLP |
| Address: | 16255 Ventura Blvd., Suite 900 |
| City/State/Zip | Encino, CA 91436 |
| Phone Number | (818) 986-5685 |
| Fax Number: | (818) 986-1859 |
| Email: | jeffrey.galen@jgdlegal.com |

    is admitted to practice pro hac vice as counsel for Plaintiff, Southwire Corporation in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at NYSD.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: White Plains, NP
City, State: July 27, 2007

_____
United States District/Magistrate Judge

USDC SD NY WP
JUL 27 2007
MICROFILM