| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):*<br>GALEN & DAVIS<br>16255 VENTURA BLVD., SUITE 900<br>ENCINO, CA 91436-2319<br><br>TELEPHONE NO.*(Optional)* (818) 986-5685  FAX NO.*(Optional)* (818) 986-1859<br>EMAIL ADDRESS*(Optional)*:<br>ATTORNEY FOR*(Name)*:<br><br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: USDC-NY | FOR COURT USE ONLY |
|---|---|
| PLAINTIFF/PETITIONER: SOUTHWIRE COMPANY<br>DEFENDANT/RESPONDENT: CREED ELECTRICAL | CASE NUMBER:<br>07CIV.6792 |
| **PROOF OF SERVICE SUMMONS** | Ref No. or File No.<br>00724236-01 |

*(Separate proof of service is required for each party served)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of the:
   e. other *(specify documents):*
   COMPLAINT; SUMMONS IN A CIVIL ACTION

3. a. Party Served: *(specify name of party as shown on documents served):*
   CREED ELECTRICAL SUPPLY & EQUIPTMENT CORPORATION, A NEW YORK CORPORATION

   b. Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made)*(specify name and relationship to the party named in item 3a.):* PATTY RUSSELL
   PERSON AUTHORIZED TO ACCEPT SERVICE OF PROCESS

4. Address where the party was served:   2 JOHN WALSH BLVD.
   PEEKSKILL, NY 10566-5332   **(Business)**

5. I served the party *(check proper box)*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): August 3, 2007 (2) at (time): 02:15 pm

---

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE SUMMONS**

Code of Civil Procedure, § 417.10

41A/00724236-01

| PETITIONER: SOUTHWIRE COMPANY | CASE NUMBER: |
|---|---|
| RESPONDENT: CREED ELECTRICAL | 07CIV.6792 |

6. The "Notice to the Person Served" (on the summons) was completed as follows:
c.  on behalf of:
   CREED ELECTRICAL SUPPLY & EQUIPTMENT CORPORATION, A NEW YORK CORPORATION
   under:
   [XX] CCP 416.10 (corporation)

7. **Person who served papers**



   a. Name: JOHN F. BALD
   b. Address: 15759 Strathern Street, Van Nuys, CA 91406
   c. Telephone: (818) 787-0422
   d. *The fee* for service was: $ 220.00
   e. I am:
      (i) ___ Employee or _X_ Independent Contractor
      (ii) Registration No.: 67
      (iii) County : LOS ANGELES

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:    August 10, 2007

JOHN F. BALD
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)            (SIGNATURE)

Page 2 of 2

POS-010 [Rev. January 1, 2007]              **PROOF OF SERVICE SUMMONS**              Code of Civil Procedure, § 417.10

41A/00724236-01