UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SOUTHWIRE COMPANY, a
Georgia Corporation,

                    Plaintiff

v.

CREED ELECTRICAL SUPPLY
& EQUIPMENT CORPORATION, a
New York Corporation

                    Defendant.

7:07cv 6792 (CLB)
"ECF CASE"

**NOTICE OF REASSIGNMENT AND NOTICE OF INITIAL CASE MANAGEMENT CONFERENCE**

---

TO DEFENDANTS AND TO THEIR ATTORNEY OF RECORD:

**PLEASE TAKE NOTICE** that the Court in the above-entitled matter has reassigned this case to the Honorable Judge Charles L. Brieant. All future documents submitted in ths action shall bear the assigned judge's initials after the case number. If this case is assigned to the Electronic Case Filing (ECF) system, documents must be submitted electronically, and shall also bear the notation "ECF CASE" under the docket number.

**PLEASE TAKE FURTHER NOTICE** that the Court in the above-entitled matter has set an initial Case Management Conference for November 30, 2007, at 9:00 a.m. in Courtroom 218 of the United States District Court for the Southern District of New York located at 300 Quarropas Street, White Plains, NY 10601.

Dated: October 18, 2007

                                      Galen & Davis, LLP

                                      By:_____
                                      Jeffrey M. Galen, Esq.
                                      Attorneys for Plaintiff, Southwire Company
                                      16255 Ventura Blvd., Suite 900
                                      Encino, CA 91436
                                      818-986-5685 (telephone)
                                      818-986-1859 (facsimile)

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA        )
                           )
COUNTY OF LOS ANGELES      )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action, my business address is 16255 Ventura Boulevard, Suite 900, Encino, California 91436.

    This Document was filed electronically. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system and by U.S. Mail. Parties may access this filing through the Court's system.

    On October 18, 2007, I served the foregoing document described as **NOTICE OF REASSIGNMENT AND NOTICE OF INITIAL CASE MANAGEMENT CONFERENCE** by depositing a true copy thereof enclosed in a sealed envelope as follows:

**Gerry E. Feinberg, Esq.**
**LAW OFFICES OF GERRY E. FEINBERG, P.C.**
**11 Martine Avenue**
**White Plains, New York 10606-1934**

( )    (VIA FACSIMILE) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

(X)    (VIA MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Encino, California.

( )    (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

( )    (HAND DELIVERED) I caused such envelope(s) to be hand delivered, addressed to the person(s) on who it is to be served.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed October 18, 2007 at Encino, California.

Sheri Young
Print Name

_____
Signature